RECEIVED
IN LAKE CHARLES, LA

AUG 2 6 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| EUGENE THELOT, JR. | : | DOCKET NO. 2:11 CV 127 |
| VS. | : | JUDGE MINALDI |
| ERIC HOLDER, ET AL. | : | MAGISTRATE JUDGE KAY |

### Judgment

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly, it is ORDERED that the respondent's motion to dismiss (Rec. Doc. 17) IS GRANTED.

Lake Charles, Louisiana, this 26 day of August, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE